# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| SARAH WILSON,<br>    *Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL CASE NO. 1:20-cv-443<br>JURY TRIAL DEMANDED |
| BIG LOTS STORES, INC.,<br>    *Defendants.* | §<br>§<br>§ | |

**DEFENDANT BIG LOT STORES, INC.'S
INFORMATION PURSUANT TO LOCAL RULE CV-81(C)**

(1) **A list of all parties in the case, their party type (e.g., plaintiff, defendant, intervenor, receiver, etc.) and current status of the removed case (pending, dismissed);**

    (a)   Sarah Wilson – *Plaintiff*

    (b)   Big Lots Stores, Inc. – *Defendant*

    The removed case is currently pending.

(2) **A civil cover sheet and a certified copy of the state court docket sheet; a copy of all pleadings that assert causes of action (e.g. complaints, amended complaints, supplemental complaints, counterclaims, cross-actions, third party actions, interventions, etc.); all answers to such pleadings and a copy of all process and orders served upon the party removing the case to this court, as required by 28 U.S.C. § 1446(a).**

    See attached civil cover sheet and documents attached to Defendant Big Lots Stores, Inc.'s Notice of Removal as ***Exhibit B***.

(3) **A complete list of attorneys involved in the action being removed, including each attorney's bar number, address, telephone number and party or parties represented by him/her;**

| | |
|---|---|
| Jonathan C. Juran<br>SBN: 11047225<br>jonathanjuhan@sbcglobal.net<br>Regina C. Bost<br>SBN: 24095693<br>regina.juhanlaw@gmail.com<br>Attorneys for Plaintiff<br>985 I-10 North, Ste. 100<br>Beaumont, TX 77706<br>409/832-8877 - Telephone<br>409/924-8880 - Facsimile<br><br>*Counsel for Plaintiff*<br>*Sarah Wilson* | Zach T. Mayer<br>State Bar No. 24013118<br>E-Mail: zmayer@mayerllp.com<br>Sara Krumholz<br>State Bar No. 24060579<br>E-Mail: skrumholz@mayerllp.com<br>MAYER LLP<br>750 North Saint Paul Street, Suite 700<br>Dallas, Texas 75201<br>214.379.6900 / Fax: 214.379.6939<br><br>*Counsel for Defendant*<br>*Big Lots Stores, Inc.* |

(4) **A record of which parties have requested a trial by jury (this information is in addition to placing the word "jury" at the top of the Notice of Removal immediately below the case number); and**

Defendant Big Lots Stores, Inc., has requested a trial by jury and paid the applicable jury fee on October 26, 2020.

(5) **The name and address of the court from which the case is being removed.**

The 58th Judicial District Court of Jefferson County
Jefferson County Courthouse
1149 Pearl Street
Beaumont, TX 77701

Respectfully submitted,

**MAYER LLP**
750 North Saint Paul Street, Suite 700
Dallas, TX 75201
214.379.6900 / F: 214.379.6939

By: _____/s/ Zach Mayer_____
   Zach T. Mayer, Attorney-in-Charge
   State Bar No. 24013118
   zmayer@mayerllp.com
   Sara Krumholz
   State Bar No. 24060579
   E-Mail: skrumholz@mayerllp.com

**ATTORNEYS FOR DEFENDANT
BIG LOTS STORES, INC.**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on October 30, 2020, the foregoing document was electronically filed, as required by the United States District Court for the Eastern District of Texas, using the Court's CM/ECF filing system, which will provide notice and a copy of this document, with attachments, to the following, who are indicated to be registered ECF filers in the United States District Court for the Eastern District of Texas:

| | |
|---|---|
| Jonathan C. Juran<br>SBN: 11047225<br>jonathanjuhan@sbcglobal.net<br>Regina C. Bost<br>SBN: 24095693<br>regina.juhanlaw@gmail.com<br>Attorneys for Plaintiff<br>985 I-10 North, Ste. 100<br>Beaumont, TX 77706<br>409/832-8877 - Telephone<br>409/924-8880 - Facsimile<br>*Attorneys for Plaintiffs* | ☐ E-MAIL<br>☐ HAND DELIVERY<br>☐ FACSIMILE<br>☐ OVERNIGHT MAIL<br>☐ REGULAR, FIRST CLASS MAIL<br>☒ CM/ECF<br>☐ CERTIFIED MAIL/RETURN RECEIPT REQUESTED |

   _____/s/ Sara Krumholz_____
           Sara Krumholz