# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| SARAH WILSON, | § | |
| *Plaintiff,* | § | |
| | § | **CIVIL CASE NO. 1:20-cv-443** |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| BIG LOTS STORES, INC., | § | |
| *Defendants.* | § | |

---

## DEFENDANT BIG LOTS STORES, INC.'S
### INDEX OF MATTERS BEING FILED

---

Defendant, BIG LOTS STORES, INC.'S ("Defendant"), files this Index of all documents filed in the state court action:

    (1)    Plaintiff's Original Petition filed September 24, 2020;

    (2)    Request for Process filed on September 24, 2020;

    (3)    Citation to Big Lots Stores, Inc.;

    (4)    Affidavit of Service filed October 15, 2020;

    (5)    Defendants Original Answer filed on October 26,2020;

    (6)    Civil Docket, District Court Sheet; and

    (7)    Case Ledger.

Respectfully submitted,

**MAYER LLP**
750 North Saint Paul Street, Suite 700
Dallas, TX 75201
214.379.6900 / F: 214.379.6939


By: _____
                Zach T. Mayer, Attorney-in-Charge
                State Bar No. 24013118
                zmayer@mayerllp.com
                Sara Krumholz
                State Bar No. 24060579
                E-Mail: skrumholz@mayerllp.com

**ATTORNEYS FOR DEFENDANT
BIG LOTS STORES, INC.**


## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on October 30, 2020, the foregoing document was electronically filed, as required by the United States District Court for the Eastern District of Texas, using the Court's CM/ECF filing system, which will provide notice and a copy of this document, with attachments, to the following, who are indicated to be registered ECF filers in the United States District Court for the Eastern District of Texas:

| | |
|---|---|
| Jonathan C. Juran | ☐E-MAIL |
| SBN: 11047225 | ☐HAND DELIVERY |
| jonathanjuhan@sbcglobal.net | ☐FACSIMILE |
| Regina C. Bost | ☐OVERNIGHT MAIL |
| SBN: 24095693 | ☐REGULAR, FIRST CLASS MAIL |
| regina.juhanlaw@gmail.com | ☒CM/ECF |
| Attorneys for Plaintiff | ☐CERTIFIED MAIL/RETURN RECEIPT REQUESTED |
| 985 I-10 North, Ste. 100 | |
| Beaumont, TX 77706 | |
| 409/832-8877 - Telephone | |
| 409/924-8880 - Facsimile | |
| *Attorneys for Plaintiffs* | |


_____
         */s/ Sara Krumholz*
              Sara Krumholz

FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
9/24/2020 4:35 PM
JAMIE SMITH
DISTRICT CLERK
A-206368

No. _____

| | | |
|---|---|---|
| SARAH WILSON | § | IN THE DISTRICT COURT OF |
|   Plaintiff, | § | |
| | § | |
| VS. | § | JEFFERSON COUNTY, TEXAS |
| | § | |
| BIG LOTS STORES, INC. | § | |
|   Defendant. | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE, AND RULE 193.7 NOTICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW SARAH WILSON, hereinafter styled Plaintiff, complaining of

BIG LOTS STORES, INC., hereinafter styled Defendant, and for cause of action against said

Defendant would respectfully show the Court as follows:

I.

Plaintiff designates that discovery in this cause of action shall be governed by Rule 190.3

discovery control plan (level 2) of the Texas Rules of Civil Procedure.

II.

Pursuant to Rule 47, Plaintiff SARAH WILSON, seeks monetary relief in an amount over

$100,000 but not more than $250,000.

III.

Plaintiff resides in Port Arthur, Jefferson County, Texas. Pursuant to CPRC

§30.014(2), the last three numbers of Plaintiff's social security number are 576.

IV.

Defendant, BIG LOTS STORES, INC., is a corporation, company, partnership,

1



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office
October 27, 2020
JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS
Jamie Smith   Page 1 of 5

proprietorship or some such business entity. That said Defendant does business in the state of Texas and from time to time within the jurisdiction of this Honorable Court; that said Defendant may be served with process by serving its agent for service, Corporation Service Company d/b/a CSC – Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218.

**SERVICE IS REQUESTED AT THIS TIME.**

Plaintiff invokes Rule 28 of the Texas Rules of Civil Procedure, as appropriate.

V.

On or about December 20, 2018, in Groves, Jefferson County, Texas, Plaintiff, SARAH WILSON was an invitee at Defendant, BIG LOTS STORES, INC., located at 5000 Twin City Highway, and was badly injured when a large rug fell off the shelf, striking Plaintiff in the back of the head. There were no warning signs in or around the area to warn of the improperly and dangerously placed rugs. The incident resulted in the serious injuries and damages complained of herein.

VI.

On the occasion in question the Defendant was guilty of various acts, wrongs and omissions. Each and all constituted negligence and such negligence was a proximate cause of the injuries and damages of which Plaintiff complains.

In the alternative, Plaintiff would show that the Defendant owed a duty to the general public, including Plaintiff SARAH WILSON, to use ordinary care, including the duty to protect and safeguard Plaintiff from unreasonably dangerous conditions on the premises or to warn of their existence.

2

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

October 27, 2020

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith Page 2 of 5

Plaintiff was an invitee at the time of the injury, therefore the Defendant owed her a duty to exercise ordinary care to keep the premises in a reasonably safe condition, inspect the premises to discover latent defects, and to make safe any defects or give an adequate warning of any dangers.  Defendant's conduct and that of their agents, servants and employees, acting within the scope of their employment, constituted a breach of the duty of ordinary care owed by Defendant to Plaintiff.  Defendant knew or should have known the conditions in its retail area created an unreasonable risk of harm to invitees, in that the Defendant knew or should have known of the danger of customers being injured due to the dangerous condition described above.  Defendant knew this condition caused an unreasonable risk of harm to persons such as the Plaintiff who would be frequenting their retail establishment.  Defendant failed to exercise ordinary care to reduce or eliminate this risk, or warn invitees, such as Plaintiff, regarding the dangerous condition.  Each of these acts and omissions, whether taken singularly or in any combination, was a proximate cause of Plaintiff's injuries and damages as described below.

VII.

As a direct and proximate result of the negligence and carelessness of the Defendant, Plaintiff, SARAH WILSON has suffered with debilitating and severe injuries to her head, neck, and back.  Plaintiff's injuries included headaches, multiple disc protrusions, contusions and soreness to the body in general.   That because of such injuries she has suffered the following:

1.      Reasonable and necessary medical expenses - past

2.      Reasonable and necessary medical expenses - future

3.      Loss of earnings and earning capacity - past

4.      Loss of earnings and earning capacity - future

3


I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office
October 27, 2020
JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS
Jamie Smith   Page 3 of 5

5.     Physical impairment - past

6.     Physical impairment - future

7.     Physical pain - past

8.     Physical pain - future

9.     Mental anguish – past

10.    Mental anguish – future

11.    Disfigurement – past

12.    Disfigurement – future

In this connection, Plaintiff would show the Court that the damages sought are within the jurisdictional limits of this Honorable Court, for which she sues the Defendant herein.

## VIII.

Under Texas Rule of Civil Procedure 194, Plaintiff requests that each Defendant disclose, within 50 days of service of this request, the information or material described in Rule 194.2 (a) through (l).

## IX.

Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiff hereby gives actual notice to Defendant that any and all documents produced by Defendant may be used against Defendant at any pretrial proceeding and/or at the trial of this matter without the necessity of authenticating the documents.

## X.

Plaintiff, SARAH WILSON says that if in the event she had pre-existing conditions in her body prior to this incident that such conditions were painless and symptom-free, but because of

4



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

October 27, 2020

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith     Page 4 of 5

the injuries she suffered in this incident, such conditions were lighted up, aggravated and precipitated.

WHEREFORE, premises considered, Plaintiff prays that the Defendant be cited to appear and answer herein; that upon a trial of this cause that Plaintiff has and recovers of and from the Defendant judgment for the damages as may be deemed just and fair by the Court; that she has such judgment, together with all legal interest, including pre-judgment interest, costs of suit and for other relief to which Plaintiff may be justly entitled.

Respectfully submitted,


BY: _/s/JONATHAN C. JUHAN_
   JONATHAN C. JUHAN
   SBN: 11047225
   jonathanjuhan@sbcglobal.net
   Regina C. Bost
   SBN: 24095693
   regina.juhanlaw@gmail.com
   Attorneys for Plaintiff
   985 I-10 North, Ste. 100
   Beaumont, TX 77706
   409/832-8877 - Telephone
   409/924-8880 - Facsimile

5



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

October 27, 2020

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith   Page 5 of 5



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

**October 27, 2020**

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Certified Document Number: 2249929 Total Pages: 5

**In accordance with Texas Government Code 51.301 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail districtclerk@co.jefferson.tx.us**

# EXHIBIT C-1



FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
9/24/2020 4:35 PM
JAMIE SMITH
DISTRICT CLERK

JAMIE SMITH
JEFFERSON COUNTY DISTRICT CLERK
1085 PEARL STREET, ROOM 203, BEAUMONT, TX 77701 206368

# REQUEST FOR PROCESS
All sections **must** be completed for processing this request.

**Section 1:**
Cause No. _____          Date ___September 24, 2020___

Style:

Sarah Wilson
_____
VS

Big Lots Stores, Inc.
_____

**Section 2:**
Check Process Type:

☑ Citation      ☐ Precept to Serve / Notice of Hearing/Notice to Show Cause

☐ Temporary Restraining Order
☐ Application for Protective Order / Temporary (Ex Parte) Protective Order
☐ Notice of Registration of Foreign Judgment   ☐ Citation by Posting
☐ Writ of_____          ☐ Other_____
☐Citation by Publication*- Newspaper: _____

☐Check box if you would like the District Clerk's Office to make copies for your service. ($1.00 per page
per pleading for copies for service)

**Section 3:**
Title of Document/Pleading to be attached for service:_____

Plaintiff's Original Petition with Request for Disclosure and Rule 193.7 Notice
_____

Note: You must furnish one copy of the document/pleading for each party served.

**Section 4:** PARTIES TO BE SERVED (Please type or print):

1. Name: Big Lots Stores, Inc. (reg. agent: Corporation Service Company d/b/a CSC - Lawyers Incorporating Service Company)

   Address: 211 E. 7th Street, Suite 620

   City: Austin _____ State: Texas _____ Zip: 78701-3218

2. Name:_____

   Address:_____

   City:_____ State:_____ Zip:_____



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office
October 27, 2020
JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS
Jamie Smith  Page 1 of 2

3. Name:_____

   Address:_____

   City:_____ State:_____ Zip:_____

4. Name:_____

   Address:_____

   City:_____ State:_____ Zip:_____

5. Name:_____

   Address:_____

   City:_____ State:_____ Zip:_____

Section 5

## Check Service Type:

☐　No Service　　　　　　　☐　Secretary of State

☐　Sheriff　　　　　　　　☐　Commissioner of Insurance

☐　Constable Pct.　　　　　☐　Out of County

☐　Out of State　　　　　　☒　Private Process　☐ Other

☐　Certified Mail

Section 6 (ONLY if Section 7 does not apply)

**Attorney Name:**____JONATHAN C. JUHAN_____

**Address:**____985 I-10 North, Suite 100_____

　　　　　　　　Street/P.O. Box

　　　Beaumont　　　　　　Texas　　　　　　77706

　　　　City　　　　　　　　State　　　　　　Zip

Attorney's Telephone No. __409/832-8877__ Attorney's Bar No. __11047225__

Section 7 (ONLY if Section 6 does not apply)

**Pro-Se Name:**_____

Address:_____

_____

　　　　City　　　　　　　　State　　　　　　Zip

Telephone No. _____

Section 8

## Check Delivery Type:

☐ Hold for pick up　　☑ Mail to Attorney



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

October 27, 2020

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

*Jamie Smith* Page 2 of 2



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

**October 27, 2020**

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Certified Document Number: 2249930 Total Pages: 2

**In accordance with Texas Government Code 51.301 electronically transmitted authenticated  documents are valid. If there is a question regarding the validity of this document and or seal   please e-mail districtclerk@co.jefferson.tx.us**

# EXHIBIT C-2

**\*C0206368---00003\***

C0206368---00003

CITATION

# THE STATE OF TEXAS

### No. A-0206368

## SARAH WILSON
## VS. BIG LOTS STORES INC

## CITATION

## 58 th JUDICIAL DISTRICT COURT
## of JEFFERSON COUNTY, TEXAS

To:  BIG LOTS STORES INC
BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY
DBA CSC-LAWYERS INCORPORATING SERVICE COMPANY

by serving at:
211 E 7TH STREET
SUITE 620
AUSTIN, TX    78701                                                   DEFENDANT;

NOTICE:

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.  Said answer may be filed by E-filing through efiletexas.gov, if represented by an attorney; or if filed pro se by delivering or mailing same to:  District Clerk's Office, 1085 Pearl, Room 203, Beaumont, TX 77701. The case is presently pending before the 58 th District Court of Jefferson County, sitting in Beaumont, Texas, and was filed on the 24th day of September, 2020.  It bears cause number A-0206368 and is styled;

                                                                                    Plaintiff;

SARAH WILSON

VS.

BIG LOTS STORES INC

                                                                                    Defendant;

The name and address of the attorney for plaintiff (or plaintiff if pro se) is;

JUHAN, JONATHAN, Atty.
985 I-10 NORTH SUITE 100
BEAUMONT, TX    77706 0

The nature of the demands of said plaintiff is shown by a true and correct copy of Plaintiff's PETITION (PLAINTIFF'S ORIGINAL)  accompanying this citation and made a part thereof.

Issued under my hand and the seal of said court, at Beaumont, Texas, this the 25th day of September, 2020.

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

                                    BY    Erin Harper          Deputy

                                           Erin



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

October 27, 2020

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith                Page 1 of 2

## RETURN OF SERVICE

A-0206368                    58 th JUDICIAL DISTRICT COURT

SARAH WILSON

BIG LOTS STORES INC

Executed when copy was delivered:

This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of _____, 20____.

_____, Officer

_____, County, Texas

By: _____, Deputy

**ADDRESS FOR SERVICE:**
BIG LOTS STORES INC
BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY
211 E 7TH STREET
SUITE 620
AUSTIN, TX 78701 0000

### OFFICER'S RETURN

Came to hand on the _____ day of _____, 20____, at _____, o'clock ____.m., and executed in _____, County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the Citation at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|---------------------------------------------|
|      |           |                                             |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

and the cause or failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

**FEES:**

Serving Petition and Copy  $_____

Total                                $_____

_____, Officer

_____, County, Texas

By: _____, Deputy

_____
Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**

In accordance with Rule 107: The officer of authorized person who serves, or attempts to serve, a citation shall sign and return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____, and my address is
             (First, Middle, Last)

_____.
(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____, County, State of _____, on the _____ day of _____.

_____
Declarant/Authorized Process Server

_____
(Id # expiration of certification)

**I CERTIFY THIS IS A TRUE COPY**
Witness my Hand and Seal of Office

**October 27, 2020**

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith   Page 2 of 2



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

October 27, 2020

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith

Certified Document Number: 2249942 Total Pages: 2

**In accordance with Texas Government Code 51.301 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail districtclerk@co.jefferson.tx.us**

# EXHIBIT C-3

FILED
DISTRICT CLERK OF
JEFFERSON COUNTIES
10/15/2026 8:38 AM 0003
JAMIE SMITH
DISTRICT CLERK
A-206368

CITATION

# THE STATE OF TEXAS

No. A-0206368

### SARAH WILSON
### VS. BIG LOTS STORES INC

## CITATION

## 58 th JUDICIAL DISTRICT COURT
## of JEFFERSON COUNTY, TEXAS

To:   BIG LOTS STORES INC
BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY
DBA CSC-LAWYERS INCORPORATING SERVICE COMPANY

by serving at:
211 E 7TH STREET
SUITE 620
AUSTIN, TX   78701                                                      DEFENDANT:

NOTICE:

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.  Said answer may be filed by E-filing through efiletexas.gov, if represented by an attorney; or if filed pro se by delivering or mailing same to:  District Clerk's Office, 1085 Pearl, Room 203, Beaumont, TX 77701.  The case is presently pending before the 58th District Court of Jefferson County sitting in Beaumont, Texas, and was filed on the 24th day of September, 2020.  It bears cause number A-0206368 and is styled:

                                                                        Plaintiff:
      SARAH WILSON
VS.
      BIG LOTS STORES INC                                               Defendant:

The name and address of the attorney for plaintiff (or plaintiff if pro se) is:

      JUHAN, JONATHAN, Atty.
      985 I-10 NORTH SUITE 100          Affidavit
      BEAUMONT, TX   77706.0            Attached

The nature of the demands of said plaintiff is shown by a true and correct copy of Plaintiff's PETITION (PLAINTIFF'S ORIGINAL)  accompanying this citation and made a part thereof.

Issued under my hand and the seal of said court, at Beaumont, Texas, this the 25th day of September, 2020.

                              JAMIE SMITH, DISTRICT CLERK
                              JEFFERSON COUNTY, TEXAS



                              BY  Erin Harper                        Deputy

                              Erin

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

October 27, 2020

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

Jamie Smith        Page 1 of 2

## AFFIDAVIT OF SERVICE

State of Texas                      County of Jefferson                      58th Judicial District Court

Case Number: A-0206368

Plaintiff:
**Sarah Wilson**

vs.

Defendant:
**Big Lots Stores, Inc.**

For:
Jonathan Juhan
985 I-10 North
Suite 100
Beaumont, TX 77706

Received by Zakon, LLC on the 30th day of September, 2020 at 3:15 pm to be served on **Big Lots Stores, Inc., 211 E 7th Street, Suite 620, Austin, TX 78701.**

I, Chris Dathe, being duly sworn, depose and say that on the **1st day of October, 2020 at 2:05 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Citation, Plaintiff's Original Petition, Request for Disclosure, and Rule 193.7 Notice** with the date of service endorsed thereon by me, to: **Samantha Guerra as Intake Agent for Corporation Service Company** who is the Registered Agent for **Big Lots Stores, Inc.**, at the address of: **211 E 7th Street, Suite 620, Austin, TX 78701**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 2 nd
day of October, 2020 by the affiant
who is personally known to me.

_Cecilia Dathe_
NOTARY PUBLIC

CECILIA DATHE
ID #124576844
My Commission Expires
September 20, 2021

_Chris Dathe_
PSC 6008, Exp. 12-31-20

**Zakon, LLC
148 South Dowlen
#668
Beaumont, TX 77707
(409) 347-7413**

Our Job Serial Number: MCI-2020001482

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

October 27, 2020

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

_Jamie Smith_ Page 2 of 2

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

**October 27, 2020**

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Certified Document Number: 2254962 Total Pages: 2

**In accordance with Texas Government Code 51.301 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail districtclerk@co.jefferson.tx.us**

# EXHIBIT C-4

FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
10/26/2020 10:23 AM
JAMIE SMITH
DISTRICT CLERK
A-206368

CAUSE NO.  A-0206368

| | |
|---|---|
| SARAH WILSON, | § IN THE DISTRICT COURT OF |
| | § |
| *Plaintiff,* | § |
| | § |
| V. | § JEFFERSON COUNTY, TEXAS |
| | § |
| BIG LOTS STORES, INC., | § |
| | § |
| *Defendants.* | § 58TH JUDICIAL DISTRICT |

## DEFENDANT BIG LOTS STORES, INC.
## ORIGINAL ANSWER

COMES NOW, BIG LOTS STORES, INC., the Defendant herein, and files its Original Answer as follows:

## I.
## GENERAL DENIAL

Defendant denies each and every, all and singular, material allegations contained within Plaintiffs' pleadings and any amendments or supplements thereto and demands strict proof thereof in accordance with the Texas Rules of Civil Procedure.

## II.
## JURY DEMAND

In accordance with Rule 21 6 of the TEXAS RULES OF CIVIL PROCEDURE, Defendant demands a trial by jury.

## III.
## 193.7 NOTICE

Pursuant to Rule 193.7 of the TEXAS RULES OF CIVIL PROCEDURE, Defendant hereby gives actual notes to Plaintiff that any and all documents produced by Plaintiff may be used against Plaintiff at any pretrial proceeding or at the trial of this matter without the necessity of authenticating the documents.

DEFENDANT BIG LOTS STORES, INC.'s ORIGINAL ANSWER-- PAGE 1

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office
October 27, 2020
27694 VT (79539.00099)
JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS
Jamie Smith   Page 1 of 3

**WHEREFORE, PREMISES CONSIDERED,** BIG LOTS STORES, INC. prays that Plaintiff take nothing by this suit, that Plaintiff be required to pay Defendant's costs, and for such other and further relief, both general and special, at law and in equity, to which Defendant may show itself justly entitled.

Respectfully submitted,

**MAYER LLP**
750 N. St. Paul Street, Suite 700
Dallas, Texas 75201
214.379.6900 / Fax 214.379.6939

By: ___/s/ Zach T. Mayer_____
Zach T. Mayer
State Bar No. 24013118
zmayer@mayerllp.com
Sara Krumholz
State Bar No. 24060579
skrumholz@mayerllp.com

**ATTORNEYS FOR DEFENDANT**
**BIG LOTS STORES, INC.**

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

27694 YT (79539.00099)
JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS
Jamie Smith

## CERTIFICATE OF SERVICE

This is to certify that on the 26th day of October 2020, a true and correct copy of the foregoing has been forwarded to all counsel of record as follows:

*Via E-File*
Jonathan C. Juran
SBN: 11047225
jonathanjuhan@sbcglobal.net
Regina C. Bost
SBN: 24095693
regina.juhanlaw@gmail.com
Attorneys for Plaintiff
985 I-10 North, Ste. 100
Beaumont, TX 77706
409/832-8877 - Telephone
409/924-8880 - Facsimile
*Attorneys for Plaintiffs*

                              /s/ Zach T. Mayer
                              Zach T. Mayer

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office
CH03152020
27694 vt (79535.00099)
JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS
Jamie Smith   Page 3 of 3



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

**October 27, 2020**

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Certified Document Number: 2257719 Total Pages: 3

**In accordance with Texas Government Code 51.301 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail districtclerk@co.jefferson.tx.us**

# EXHIBIT C-5

PAGE OF 1
E-FILE: 9/24/20 TO CURRENT

# CIVIL DOCKET, DISTRICT COURT

CASE NO. A-0206368-

| NUMBER OF CASE | NAMES OF PARTIES | | ATTORNEYS | KIND OF ACTION | DATE OF FILING | |
|---|---|---|---|---|---|---|
| A-0206368- | WILSON, SARAH<br>VS<br>BIG LOTS STORES INC | | JUHAN, JONATHAN PLFT<br>JUHAN, JONATHAN DEFT | PERSONAL INJURY | 9/24/2020 | |
| | | | | DISPOSITION DATE | JURY FEE | DATE |

| DATE OF ORDERS | ORDERS OF THE COURT | PROCESS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

October 27, 2020

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith   Page 1 of 1



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

**October 27, 2020**

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Certified Document Number: 2258088 Total Pages: 1

**In accordance with Texas Government Code 51.301 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail districtclerk@co.jefferson.tx.us**

# EXHIBIT C-6

```
Job Name: CML106    DCLASH                                        Date Run: 10/27/20
Page:    1                                                        Time Run:  9:39:09
                               *** CASE LEDGER ***

Case Number: A-0206368-    Filed:  9/24/20  Case Type: PERSONAL INJURY          Status: PENDING

        Plaintiff: SARAH WILSON                  Plaintiff Attorney: JUHAN, JONATHAN
        VS Defendant: BIG LOTS STORES INC        Defendant Attorney: JUHAN, JONATHAN


Date    Cause No.   Name                                    Credit Amount/   Receipt No/
          Instrument                  Debit Description     Debit Amount      Balance
9/24/20  A-0206368-    JUHAN, JONATHAN
       PETITION (PLAINTIFF'S ORIGINAL)                             .00
       CIVIL PROCESS FORM                                          .00
                                                                                  .00-

9/25/20  A-0206368-    JUHAN, JONATHAN                      276.40+ B 0491671
                            RECORDS MANAGEMENT               10.00-
                            RECORDS ARCHIVE FEE              10.00-
                            COUNTY FILING FEE                50.00-
                            STATE FILING FEE                 50.00-
                            LIBRARY FEE                      10.00-
                            MEDIATION CENTER FEE             15.00-
                            STENO                            15.00-
                            SECURITY FEE                      5.00-
                            INDIGENT FEE                     10.00-
                            JUDICIAL SUPPORT                 42.00-
                            APPELLATE JUDICIAL SYSTEM         5.00-
                            ELECTRONIC FILING FEE            30.00-
                            COURT RECORD PRESERVATION        10.00-
                            SECURITY OF COURTS AND JUDGES     5.00-
       CITATION             DISTRICT CLERK SERVICE CHARGE     8.00-
       CITATION             MAILING SERVICE                   1.40-
                                                                                  .00+

10/15/20  A-0206368-    JUHAN, JONATHAN
       CITATION             OUTSIDE SERVICE                   .00 OC
       CITATION (RETURN)                                      .00
                                                                                  .00+

10/26/20  A-0206368-    JUHAN, JONATHAN
       ANSWER                                                 .00
                                                                                  .00+
```



**I CERTIFY THIS IS A TRUE COPY**
Witness my Hand and Seal of Office

**October 27, 2020**

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

*Jamie Smith*            Page 1 of 1



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

**October 27, 2020**

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Certified Document Number: 2258089 Total Pages: 1

**In accordance with Texas Government Code 51.301 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail districtclerk@co.jefferson.tx.us**